IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN SCOTT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No.: 3:21-cv-02105-B |
| | § | |
| MANAGEMENT & TRAINING CORPORATION | § | |
| | § | |
| *Defendant*. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Steven Scott and Defendant Management & Training Corporation (collectively, the "Parties") hereby join and file this Agreed Motion to Dismiss with Prejudice. The Parties have reached a mutual resolution and therefore move the Court for a dismissal of all causes of action raised or which could have been raised in this case, with prejudice against the Plaintiff to re-file same. All costs of court and/or attorneys' fees incurred by the Parties will be paid by the Parties incurring them.

WHEREFORE, the Parties respectfully request that all causes of action raised or which could have been raised in the above-entitled and numbered case be dismissed with prejudice.

DATED: January 18, 2022

OF COUNSEL:

Stephen E. Hart
Texas State Bar No. 00793911
JACKSON LEWIS P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 568-7866
Facsimile: (713) 650-0405
Stephen.Hart@JacksonLewis.com

- AND -

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Stephen E. Hart*
Veronica T. Hunter
Texas State Bar No. 24122525
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405
Veronica.Hunter@JacksonLewis.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT MANAGEMENT & TRAINING CORPORATION**

| | |
|---|---|
| Raha Assadi<br>Texas State Bar No. 24105444<br>JACKSON LEWIS P.C.<br>500 N. Akard, Suite 2500<br>Dallas, Texas 75201<br>Telephone: (214) 520-2400<br>Facsimile: (214) 520-2008<br>Raha.Assadi@JacksonLewis.com<br><br>**ATTORNEYS FOR DEFENDANT MANAGEMENT & TRAINING CORPORATION** | THE HARMAN FIRM, L.L.P.<br><br>*/s/ Walker G. Harman, Jr.*\*\*<br>Walker G. Harman, Jr.<br>244 Fifth Avenue Suite H211<br>New York NY 10001<br>Telephone: (646) 248-2288<br>Facsimile: (212) 202-3926<br>wharman@theharmanfirm.com<br><br>**ATTORNEY FOR PLAINTIFF STEVEN SCOTT** |

*\*\* signed with permission*

### CERTIFICATE OF SERVICE

I certify that I filed the *Agreed Motion to Dismiss with Prejudice* through the CM/ECF system in the United States District Court for the Northern District of Texas, Dallas Division, and served on the parties below via electronic mail on January 18, 2022, and therefore served said notice upon the following:

Walker G. Harman, Jr.
THE HARMAN FIRM, L.L.P.
244 Fifth Avenue, Suite H211
New York, NY 10001
wharman@theharmanfirm.com
*Attorney for Plaintiff*

                                              */s/ Stephen E. Hart*
                                              Stephen E. Hart